UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 18-24996-CV-MOORE
(17-20081-CR-MOORE)
MAGISTRATE JUDGE REID

ABDUL PIERRELUS,

   Movant,

v.

UNITED STATES OF AMERICA,

   Respondent.
_____/

## CERTIFICATION

Movant, Abdul Pierrelus, files this certification attesting that he fully understands that his petition places certain privileged communications between himself and his lawyer at issue. As such, undersigned counsel has explained to Mr. Pierrelus that, pursuant to *Johnson v. Alabama*, 256 F.3d 1156, 1179 (11th Cir. 2001), and other authorities cited by this Court in its order appointing counsel, that he waives the privilege in those communications with respect to those communications that he has made relevant in his petition challenging his conviction. Mr. Pierrelus has confirmed that he is waiving this privilege with the following certification:

I, Abdul Pierrelus, acknowledge and understand that by raising a claim of ineffective assistance of counsel, I have waived my attorney-client privilege with regards to those communications that I have put at issue in my petition.

_____
Abdul Pierrelus

Respectfully submitted,

**do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Suite. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By: s/ *Orlando do Campo*
Orlando do Campo
Florida Bar No. 0156582
od@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo