# Exhibit

# "A"

**ATTORNEY'S FEE AGREEMENT**

PAUL D. PETRUZZI, P.A. (hereinafter referred to as "Attorney") agrees to represent Abdul Pierrelus, (hereinafter referred to as "Client") in connection with *United States v. Abdul Pierrelus*, Case No. 17-Cr-20081-Moore.

Client and undersigned Guarantor agree to compensate Attorney PAUL D. PETRUZZI, P.A., the sum of $15,000.00, for representation in either a motion for reduction based on his cooperation pursuant to Rule 35 of the Federal Rules of Criminal Procedure or a Motion to Vacate his Conviction and Sentence pursuant to 28 U.S.C. § 2255. The parties agree that after counsel has a conversation with the Client, the Client must decide in writing his choice to either pursue a Rule 35 or a Motion to Vacate (pursuant to 28 U.S.C. § 2255). This will supplement the fee agreement. Client, undersigned Guarantor, and Counsel agree that at the signing of this agreement, a payment of $7,500.00 will be made. Thereafter, the parties agree that monthly payments of at least $1,000.00 a month shall be due on the 18th of every month starting in November of 2017. **The parties agree that if timely payments are not made pursuant to this agreement, that Attorney may withdraw from this matter.**

Client and undersigned Guarantor acknowledge that Attorney incurs certain expenses in setting up a new client file; therefore, even if the client discharges Attorney, the entire fee shall be non-refundable.

Client and undersigned Guarantor shall be responsible for all out of pocket expenses incurred by Attorney in addition to the legal fees herein. These may be for court costs and fees, a process server, witness fees, court reporters, videographers, transcripts and investigations costs. The Attorney will discuss the incurrence of these costs prior to obligation of the Client and undersigned Guarantor for such expenses. The Client will make a deposit of $5,000.00 into the Attorney's trust account for these expenses.

If any monetary request by Attorney is not paid within 15 days of receipt by the Client and undersigned Guarantors, it shall bear interest at the rate of 12% per year, from the 15th day until paid. If the Attorney commences litigation to collect any sums due, he shall be entitled to compensation from the Client and undersigned Guarantors at the rate of $500.00 per hour for such litigation.

Any fines or court costs assessed against the Client by the court are the sole responsibility of the Client.

The Client shall promptly advise the Attorney if he receives any written or oral communication from the Court or anyone else concerning his case.

This document contains the entire agreement between the parties and may be modified only in writing. This document supersedes any oral discussions or representations with respect to the issues contained herein.

This agreement shall be governed by the laws of the State of Florida. Venue shall be proper in Miami-Dade County, Florida for any action hereunder.

IN WITNESS WHEREOF, the parties have hereunto set their hands and seals this 19th day of October, 2017.

PAUL D. PETRUZZI, P.A.

By: ______________________
Paul D. Petruzzi, Esq.

______________________
Abdul Pierrelus
Client

______________________
Lourdjine Jadotte
Guarantor





Petruzzi >

iMessage
Oct 11, 2017, 2:17 PM

Good afternoon,
This is Lourdjine, Abdul Pierrelus wife. He realizes it difficult to set up the phone call for him to talk to you. Therefore he wants me to talk you, so we can proceed to the next step.
Can you please let me know when you available to call you about his case?
Thank you

I'm in court. Please call my office now and set up an appointment. 305-373-6773

Nov 1, 2017, 9:56 AM

Good morning,
This is Lourdjine, Abdul

iMessage






Petruzzi >

Nov 1, 2017, 9:56 AM

Good morning,
This is Lourdjine, Abdul
Pierrelus wife. He wants to
know if he can call you on your
cell phone today at 11:00 am.
Thank you

Sure

Nov 1, 2017, 3:08 PM

Hi Lourdjine. I got the check
but I can't cash it because it
isn't written correctly.

Hi, I just talked to Mauricio I'll
mail a new one. Sorry

Nov 10, 2017, 10:05 AM

Good morning,
This is Lourdjine, Abdul

  iMessage 

      




Petruzzi >

Nov 10, 2017, 10:05 AM

Good morning,
This is Lourdjine, Abdul Pierrelus wife. He wants to talk to you, what time you available today. Thank you

Call Monday. We are closed for Veterans Day.

Thank you

What time?

2:30

Nov 14, 2017, 8:11 AM

Good morning,
This is Lourdjine, Abdul

iMessage
















Petruzzi >

Nov 14, 2017, 8:11 AM

Good morning,
This is Lourdjine, Abdul
Pierrelus wife. He told me you
want to know his former
attorney full name
"Kristin Figueroa-Contreras".
Please let me know if you need
additional informations.
Thank you

Nov 22, 2017, 8:08 AM

Good morning,
This is Lourdjine, Abdul
Pierrelus wife. What time can
he call you today?
Thank you

Nov 22, 2017, 11:21 AM

Good morning. I'm in the office
now. He can call.

    iMessage  







Petruzzi >

Jan 16, 2018, 2:45 PM

Good afternoon
This is Lourdjine, Abdul
Pierrelus wife. He wants to
know if the prosecutor gives
you an answer. Because the
prosecutor contacted Abdul
former attorney "Kristy "
regarding cooperation. He
really worry and don't want to
lose his chance. I understand
he can't reach you at the
office, Please let me know any
update so I can tell him. You
can contact me at any time.
Thank you!!
Lourdjine

Jan 16, 2018, 5:17 PM

When did the prosecutor
contact his former lawyer??
That makes no sense.



iMessage






Petruzzi >

Jan 16, 2018, 5:17 PM

When did the prosecutor contact his former lawyer?? That makes no sense.

I'm not sure when the prosecutor contact them, but they tried to contact us today

Makes no sense. I have been speaking with him. By email and in person.

Give me the name and number. I'll see what it's all about. I did not want to waste any time if they need him.

Who's name and number you need?

Whoever called you

  iMessage 






Petruzzi >

contact his former lawyer??
That makes no sense.

I'm not sure when the
prosecutor contact them, but
they tried to contact us today

Makes no sense. I have been
speaking with him. By email
and in person.

Give me the name and number.
I'll see what it's all about. I did
not want to waste any time if
they need him.

Who's name and number you
need?

Whoever called you

Send it to me now so I can call

   iMessage  





Petruzzi >

Abdul Pierrelus
Good afternoon Lourdjine!
How are you? I just left you a voice message. When you have a chance, have Abdul call the office. The prosecutor got back to Kristy regarding cooperation, and needs to discuss same with Abdul.

Hope all is well.

Regards,

Emilio R. D'Arce
Senior Legal Assistant
FIGUEROA-CONTRERAS LAW GROUP, PLLC
Miami Office:
The Minorca
2030 S. Douglas Road, Suite 204
Coral Gables, Florida 33134<x-

iMessage 




Petruzzi >

named addressee(s), except with the express consent of the sender.

Phone number: (305) 639-8599

Mar 21, 2018, 2:14 PM

Hello Mr. Paul, this is Lourdjine, Abdul Pierrelus wife he wants to ask you something and the office just told me to contact you on your mobile. Let me when is a good time to call you Thank you

Apr 20, 2018, 3:51 PM

Hello, this is Lourdjine, Abdul Pierrelus wife. I called to check if you talk with agent Matt. Thank you

iMessage 




Petruzzi >

May 17, 2018, 11:25 AM

Good morning Mr. Petruzzi, my husband Abdul Pierrelus ask me to talk to you regarding his case. Please let me know when you're available to call you. Thank you!!! Lourdjine

Jun 14, 2018, 4:55 PM

Hello, my husband Abdul trying to talk to you today. Please let me know if it ok to you call

I'm on the other phone with a client and a prosecutor.

I told him that when he called.

Ok thanks
What time can he call today or tomorrow

  iMessage 

      





Petruzzi >

Hello, my husband Abdul trying to talk to you today. Please let me know if it ok to you call

I'm on the other phone with a client and a prosecutor.

I told him that when he called.

Ok thanks
What time can he call today or tomorrow

Jun 26, 2018, 4:10 PM

Hello, this is Lourdjine, Abdul Pierrelus wife. He wants to know if you were able to talk to the agent. Thank you

Delivered

Jun 26, 2018, 5:47 PM

Not yet

   iMessage  

      

Inbox 3 Messages

Abdul Pierrelus, Attorney fee agreem...

lourdjine jadotte 10/30/17

To: Petruzzi , Petruzzi Details

Hello, I attached a signed copy of the agreement and I sent a check for 7500 by mail.

Thank you!!

Lourdjine Jadotte wife of Abdul Pierrelus

**ATTORNEY'S FEE AGREEMENT**

PAUL D. PETRUZZI, P.A. (hereinafter referred to as "Attorney") agrees to represent Abdul Pierrelus, (hereinafter referred to as "Client") in connection with *United States v. Abdul Pierrelus*, Case No. 17-Cr-20081-Moore.

Client and undersigned Guarantor agree to compensate Attorney PAUL D. PETRUZZI, P.A., the sum of $15,000.00, for representation in either a motion for reduction based on his cooperation pursuant to Rule 35 of the Federal Rules of Criminal Procedure or a Motion to Vacate his Conviction and Sentence pursuant to 28 U.S.C. § 2255. The parties agree that after counsel has a conversation with the Client, the Client must decide in writing his choice to either pursue a Rule 35 or a Motion to Vacate (pursuant to 28 U.S.C. § 2255). This will supplement the fee agreement. Client, undersigned Guarantor, and Counsel agree that at the signing of this agreement, a payment of $7,500.00 will be made. Thereafter, the parties agree that monthly payments of at least $1,000.00 a month shall be due on the 18th of every month starting in November of 2017. **The parties agree that if timely payments are not made pursuant to this agreement, that Attorney may withdraw from this matter.**

Client and undersigned Guarantor acknowledge that Attorney incurs certain expenses in setting up a new client file; therefore, even if the client discharges Attorney, the entire fee shall be non-refundable.

Client and undersigned Guarantor shall be responsible for all out of pocket expenses incurred by Attorney in addition to the legal fees herein. These may be for court costs and fees, a process server, witness fees, court reporters, videographers, transcripts and investigations costs. The Attorney will discuss the incurrence of these costs prior to obligation of the Client and undersigned Guarantor for such expenses. The Client will make a deposit of $5,000.00 into the Attorney's trust account for these expenses.

If any monetary request by Attorney is not paid within 15 days of receipt by the Client and undersigned Guarantors, it shall bear interest at the rate of 12% per year, from the 15th day until paid. If the Attorney commences litigation to collect any sums due, he shall be entitled to compensation from the Client and undersigned Guarantors at the rate of $500.00 per hour for such litigation.

Any fines or court costs assessed against the Client by the court are the sole responsibility of the Client.





Client and undersigned Guarantor shall be responsible for all out of pocket expenses incurred by Attorney in addition to the legal fees herein. These may be for court costs and fees, a process server, witness fees, court reporters, videographers, transcripts and investigations costs. The Attorney will discuss the incurrence of these costs prior to obligation of the Client and undersigned Guarantor for such expenses. The Client will make a deposit of $5,000.00 into the Attorney's trust account for these expenses.

If any monetary request by Attorney is not paid within 15 days of receipt by the Client and undersigned Guarantors, it shall bear interest at the rate of 12% per year, from the 15th day until paid. If the Attorney commences litigation to collect any sums due, he shall be entitled to compensation from the Client and undersigned Guarantors at the rate of $500.00 per hour for such litigation.

Any fines or court costs assessed against the Client by the court are the sole responsibility of the Client.

The Client shall promptly advise the Attorney if he receives any written or oral communication from the Court or anyone else concerning his case.

-1-

This document contains the entire agreement between the parties and may be modified only in writing. This document supersedes any oral discussions or representations with respect to the issues contained herein.

This agreement shall be governed by the laws of the State of Florida. Venue shall be proper in Miami-Dade County, Florida for any action hereunder.

IN WITNESS WHEREOF, the parties have hereunto set their hands and seals this 19th day of October, 2017.

PAUL D. PETRUZZI, P.A.

By: ______________________
Paul D. Petruzzi, Esq.

______________________
Abdul Pierrelus
Client

______________________
Lourdjine Jadotte
Guarantor

Inbox

3 Messages

Abdul Pierrelus, Attorney fee agreem...

See More

Found in Inbox

**Petruzzi Paul** 10/31/17

To: lourdjine jadotte Details

PP

Thank you for letting me know. I will let you know when I get it.

Message sent from my mobile device.

Beatriz Vazquez

See More from lourdjine jadotte

Found in Sent Mailbox

**lourdjine jadotte** 11/1/17

To: Petruzzi , Petruzzi Details

LJ

Hello, I sent another check should receive it end of the week.

Thank you

Lourdjine Jadotte



# Detail Report

7/3/2019 1:03:45 PM

First Name:
Inmate Phone:
Min Dur: 0
Stop Code:
Call Band:
Sort Order: Date - Desc,
Report Date: 7/3/2019 1:03:45 PM

Last Name:
Dialed No.: 3053736773
Max Dur: 0

Start Date: 6/1/2017
PIN: 09826104
Call Type:
Return HOT calls only: No

End Date: 7/3/2019
PIN Active Only: No
Completion Status: All Calls
Return PRIVATE only: No

Run By: JKirshfield

Site(s): DRB - D Ray James (20176)

| # | DIALED NO. | PIN | MISC ID | DATE | TIME | DUR | RESULT | PHONE | SEC PIN | CALL TYPE | CHARGE | ENERGY | RCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | (305) 373-6773 | 09826104 | | 12/17/2018 | 15:45 | 08:24 | Inmate Hungup | L 1-4 | 2110 | Debit | $1.89 | | |
| 2 | (305) 373-6773 | 09826104 | | 10/10/2018 | 15:38 | 13:00 | Funds Expired | L 1-4 | 2110 | Debit | $2.73 | | |
| 3 | (305) 373-6773 | 09826104 | | 7/17/2018 | 15:19 | 00:24 | Inmate Hungup | L 1-3 | 2110 | Debit | $0.21 | | |
| 4 | (305) 373-6773 | 09826104 | | 6/15/2018 | 12:18 | 08:36 | Inmate Hungup | L 1-4 | 2110 | Debit | $1.89 | | |
| 5 | (305) 373-6773 | 09826104 | | 6/14/2018 | 16:29 | 00:33 | Inmate Hungup | L 1-1 | 2110 | Debit | $0.21 | | |
| 6 | (305) 373-6773 | 09826104 | | 6/14/2018 | 16:27 | | Not Accepted | L 1-1 | 2110 | Debit | $0.00 | | |
| 7 | (305) 373-6773 | 09826104 | | 6/13/2018 | 14:12 | 02:00 | Funds Expired | L 1-4 | 2110 | Debit | $0.42 | | |
| 8 | (305) 373-6773 | 09826104 | | 5/14/2018 | 15:31 | | Refused | L 1-4 | 2110 | Debit | $0.00 | | |
| 9 | (305) 373-6773 | 09826104 | | 5/14/2018 | 15:29 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 10 | (305) 373-6773 | 09826104 | | 4/10/2018 | 14:05 | 01:03 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.42 | | |
| 11 | (305) 373-6773 | 09826104 | | 4/4/2018 | 15:32 | 00:30 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.21 | | |
| 12 | (305) 373-6773 | 09826104 | | 4/4/2018 | 15:30 | | Inmate Hungup | L 1-4 | 2110 | 3CI C2P | $0.00 | | |
| 13 | (305) 373-6773 | 09826104 | | 4/4/2018 | 13:13 | 00:45 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.21 | | |
| 14 | (305) 373-6773 | 09826104 | | 4/4/2018 | 13:04 | 03:31 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.84 | | |
| 15 | (305) 373-6773 | 09826104 | | 3/28/2018 | 13:36 | | Not Accepted | L 1-1 | 2110 | Debit | $0.00 | | |
| 16 | (305) 373-6773 | 09826104 | | 3/28/2018 | 13:34 | | Not Accepted | L 1-1 | 2110 | Debit | $0.00 | | |
| 17 | (305) 373-6773 | 09826104 | | 3/26/2018 | 14:29 | 05:09 | Inmate Hungup | L 1-4 | 2110 | Debit | $1.26 | | |
| 85 | | | | | | 02:22:35 | | | | | $35.45 | | |

GTL

# Detail Report

7/3/2019 1:03:45 PM

| # | DIALED NO. | PIN | MISC ID | DATE | TIME | DUR | RESULT | PHONE | SEC-PIN | CALL TYPE | CHARGE | ENERGY | RCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | (305) 373-6773 | 09826104 | | 3/21/2018 | 13:43 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 19 | (305) 373-6773 | 09826104 | | 3/21/2018 | 13:42 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 20 | (305) 373-6773 | 09826104 | | 3/19/2018 | 14:30 | 08:20 | CP-Hungup | L 1-4 | 2110 | Debit | $1.89 | | |
| 21 | (305) 373-6773 | 09826104 | | 3/13/2018 | 17:12 | 03:36 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.84 | | |
| 22 | (305) 373-6773 | 09826104 | | 3/13/2018 | 17:10 | | Refused | L 1-4 | 2110 | Debit | $0.00 | | |
| 23 | (305) 373-6773 | 09826104 | | 3/13/2018 | 17:08 | 00:27 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.21 | | |
| 24 | (305) 373-6773 | 09826104 | | 3/13/2018 | 14:27 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 25 | (305) 373-6773 | 09826104 | | 3/13/2018 | 14:26 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 26 | (305) 373-6773 | 09826104 | | 3/6/2018 | 15:08 | 10:45 | Inmate Hungup | L 1-4 | 2110 | Debit | $2.31 | | |
| 27 | (305) 373-6773 | 09826104 | | 3/5/2018 | 17:34 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 28 | (305) 373-6773 | 09826104 | | 3/5/2018 | 17:32 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 29 | (305) 373-6773 | 09826104 | | 3/5/2018 | 14:18 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 30 | (305) 373-6773 | 09826104 | | 3/5/2018 | 14:17 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 31 | (305) 373-6773 | 09826104 | | 2/2/2018 | 14:24 | | Not Accepted | L 1-1 | 2110 | Debit | $0.00 | | |
| 32 | (305) 373-6773 | 09826104 | | 2/2/2018 | 14:23 | | Not Accepted | L 1-1 | 2110 | Debit | $0.00 | | |
| 33 | (305) 373-6773 | 09826104 | | 2/1/2018 | 15:53 | 00:33 | Inmate Hungup | L 1-1 | 2110 | Debit | $0.21 | | |
| 34 | (305) 373-6773 | 09826104 | | 1/31/2018 | 15:07 | 00:33 | CP-Hungup | L 1-4 | 2110 | Debit | $0.21 | | |
| 35 | (305) 373-6773 | 09826104 | | 1/31/2018 | 15:06 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 36 | (305) 373-6773 | 09826104 | | 1/29/2018 | 13:29 | 02:03 | Inmate Hungup | L 1-3 | 2110 | Debit | $0.63 | | |
| 37 | (305) 373-6773 | 09826104 | | 1/26/2018 | 15:07 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 38 | (305) 373-6773 | 09826104 | | 1/26/2018 | 15:04 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 85 | | | | | | 02:22:35 | | | | | $35.45 | | |

GTL

# Detail Report

7/3/2019 1:03:45 PM

| # | DIALED NO. | PIN | MISC ID | DATE | TIME | DUR | RESULT | PHONE | SEC PIN | CALL TYPE | CHARGE | ENERGY | RCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | (305) 373-6773 | 09826104 | | 1/26/2018 | 12:16 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 40 | (305) 373-6773 | 09826104 | | 1/26/2018 | 12:15 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 41 | (305) 373-6773 | 09826104 | | 1/23/2018 | 15:11 | 00:30 | CP-Hungup | L 1-4 | 2110 | Debit | $0.21 | | |
| 42 | (305) 373-6773 | 09826104 | | 1/23/2018 | 15:10 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 43 | (305) 373-6773 | 09826104 | | 1/18/2018 | 11:22 | 03:09 | Inmate Hungup | L 2-4 | 2110 | Debit | $0.84 | | |
| 44 | (305) 373-6773 | 09826104 | | 1/18/2018 | 10:33 | 00:09 | Inmate Hungup | L 2-4 | 2110 | Debit | $0.21 | | |
| 45 | (305) 373-6773 | 09826104 | | 1/16/2018 | 11:56 | 00:16 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.21 | | |
| 46 | (305) 373-6773 | 09826104 | | 1/16/2018 | 11:55 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 47 | (305) 373-6773 | 09826104 | | 1/12/2018 | 13:42 | 01:21 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.42 | | |
| 48 | (305) 373-6773 | 09826104 | | 1/9/2018 | 12:37 | 03:34 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.84 | | |
| 49 | (305) 373-6773 | 09826104 | | 1/8/2018 | 17:20 | 01:21 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.42 | | |
| 50 | (305) 373-6773 | 09826104 | | 1/8/2018 | 14:51 | 00:31 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.21 | | |
| 51 | (305) 373-6773 | 09826104 | | 1/8/2018 | 13:31 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 52 | (305) 373-6773 | 09826104 | | 1/8/2018 | 13:30 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 53 | (305) 373-6773 | 09826104 | | 12/27/2017 | 13:58 | 01:30 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.42 | | |
| 54 | (305) 373-6773 | 09826104 | | 12/21/2017 | 18:03 | 00:37 | CP-Hungup | L 1-1 | 2110 | Debit | $0.21 | | |
| 55 | (305) 373-6773 | 09826104 | | 12/21/2017 | 16:55 | 00:24 | Inmate Hungup | L 1-1 | 2110 | Debit | $0.21 | | |
| 56 | (305) 373-6773 | 09826104 | | 12/13/2017 | 16:20 | 04:54 | Inmate Hungup | L 1-4 | 2110 | Debit | $1.05 | | |
| 57 | (305) 373-6773 | 09826104 | | 12/13/2017 | 16:12 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 58 | (305) 373-6773 | 09826104 | | 12/13/2017 | 16:10 | | Not Accepted | L 1-4 | 2110 | Debit | $0.00 | | |
| 59 | (305) 373-6773 | 09826104 | | 12/6/2017 | 14:14 | 14:44 | Inmate Hungup | L 1-4 | 2110 | Debit | $3.15 | | |
| 85 | | | | | | 02:22:55 | | | | | $35.45 | | |

GTL

# Detail Report

7/3/2019 1:03:45 PM

| # | DIALED NO. | PIN | MISC ID | DATE | TIME | DUR. | RESULT | PHONE | SEC PIN | CALL TYPE | CHARGE | ENERGY | RCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | (305) 373-6773 | 09826104 | | 11/15/2017 | 15:59 | 00:28 | Inmate Hungup | L 1-4 | 2110 | Debit | $0.21 | | |
| 82 | (305) 373-6773 | 09826104 | | 11/15/2017 | 15:38 | 15:00 | Time Up | L 1-3 | 2110 | Collect | $3.75 | | |
| 83 | (305) 373-6773 | 09826104 | | 11/15/2017 | 14:27 | | Not Accepted | BAD PORT | 2110 | Debit | $0.00 | | |
| 84 | (305) 373-6773 | 09826104 | | 11/15/2017 | 14:26 | | Not Accepted | BAD PORT | 2110 | Debit | $0.00 | | |
| 85 | (305) 373-6773 | 09826104 | | 11/13/2017 | 15:36 | 10:24 | Inmate Hungup | L 1-4 | 2110 | Debit | $2.31 | | |
| 85 | | | | | | 02:22:35 | | | | | $35.45 | | |

This the letter for Paul

How are you doing? I'm over here praying God everything is going to be alright with my 2255 motion. Reason I write you this letter is; for the past year after getting sentence, I feel ~~was~~ my conscious is still talking to me about how my lawyer bad handle my case. I made a lot of mistake and its now I realize, certain stuff I shoudn't have to sign when she ~~did~~ persuade me to do so. It look like I ~~lost~~ my good sense and didn't have control over myself. I don't believe you ~~could~~ can make magic. but I truly believe if there is a way you can help you will ~~going to help me~~. ~~There~~ I know there are only two kinds of smart people in this world, Those ~~smart people~~ who take simple things and make them complicated, to enrich themselves. And there are those who take complicated things and make them simple, to empower and help others ~~people~~ I suggest you to be that second kind of smart guy, ~~which~~ which I know ~~you totally are~~. because the person who refer ~~you~~ you to me, talked good about you. Also, I'm going to give you some ~~point~~ of my opinion you could point out in the motion. In the indictment, the account ~~the~~ on the Count 5 they charge me for Aggravated Identity theft which I didn't do no withdraw, it says on november 18, 2015 I attempted to withdraw $245 in cash, account ending in 2346 issued in the name of M. B., and that is the same accont they ~~said~~ have an amount of $ 152,385 causing my restitution so high

LAW OFFICES
PAUL D. PETRUZZI, P.A.
THE BANK BUILDING
8101 BISCAYNE BLVD.
PENTHOUSE 701
MIAMI, FLORIDA 33138

PAUL D. PETRUZZI, ESQ.
BEATRIZ D. VAZQUEZ, ESQ.

TELEPHONE (305) 373 - 6773
TELECOPIER(305) 373 - 3832
E-mail: petruzzi-law@msn.com

October 1, 2018

Abdul Pierrelus
Register No. 09826-104
D. Ray James Correctional Institution
P.O. Box 2000
Folkston, GA 31537

**VIA U.S. MAIL**

Mr. Pierrelus,

I write regarding your case and my continued representation. As you know, when you first retained me, it was decided I would assist you in obtaining a possible sentence reduction due to your cooperation with the government. Also, as I'm sure you will recall, our many repeated attempts in trying to get the government to rely on your previous cooperation or engage in new cooperative efforts fell on deaf ears. At that point, you asked me to consider the merits of filing a 28 U.S.C. § 2255 petition on your behalf.

Unfortunately, at that point, the one year period of limitations governing § 2255 petitions had expired and I still hadn't even received your files. Nevertheless, I explained that you may be able to proceed if we can show a good reason for waiting. This is called "equitable tolling." It is, under federal law in our circuit an "extraordinary remedy" that is only rarely applied.

Now that I have thoroughly reviewed your file and the discovery I finally received, I have to advise you of two things. First, I see no way that you can satisfy the standard required for equitable tolling. There just simply is no extraordinary circumstance that would permit us to file now. Second, even if we could meet the standard, there is no merit to any of the arguments you suggested and no additional arguments I can think of. For example, the failure to file an appeal was not ineffective as you were cooperating. Second, the loss issues were agreed to and never presented as objections. Third, your sentence was not unreasonable given the guidelines.

So, the bottom line at this point is that there is no basis (or ability) to file a legally sufficient § 2255 motion. Therefore, I suggest you do not alienate the government and continue to focus our time and energy in your cooperation.

Please call me at your earliest to discuss doing so. I look forward to continuing to work with you to obtain the sentence reduction that I believe you are entitled to. Thanks.

Sincerely,

Paul D. Petruzzi, Esq.



Paul Petruzzi, Esq.
169 E. Flagler Street
Suite 1241
Miami, FL 33131

MIAMI FL 331
18 DEC 2017 PM 5 L

ATTORNEY / CLIENT PRIVILEGED
For Legal Confidential Communication
Attorney to client - not to be opened
censored or read by prison official unless
in the presence of the inmate
* LEGAL MAIL *
LAW OFFICES OF PAUL J. PETRUZZI, P.A.

Abdul Pierrelus
Reg No. 09826-104
PO BOX 2000
Folkston, GA 31537

RECEIVED
DATE 12-21-17
TIME 1000
INITIAL [illegible]

31537-500000