UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 18-24996-CV-MOORE
(17-20081-CR-MOORE)
MAGISTRATE JUDGE REID

ABDUL PIERRELUS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **RESPONSE TO ORDER TO SHOW CAUSE**

Petitioner, Abdul Pierrelus, through undersigned counsel, responds to the Court's order to show cause, and in support states:

On November 8, 2019, Mr. Pierrelus filed his pretrial narrative under seal. On November 12, this Court issued an order to show cause why the pretrial narrative was filed under seal. The reason for the sealed filing is because in providing the Court a narrative of Mr. Pierrelus's claims, it is necessary to provide some detail about his attempted cooperation with the government. ████████████████████████████████████████████
████████████

Admittedly, "material filed in connection with pretrial motions that require judicial resolution of the merits is subject to the common-law right [of access]". *Chi. Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1312 (11th Cir. 2001). However, Mr. Pierrelus's pretrial narrative is not a motion at all, only an instrument for laying out the claims that will be made at a hearing. That is more akin to discovery, which is not subject to the common law right of access.

*Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007). Moreover, the common law right of access may be overcome by a showing of good cause, which requires "balanc[ing] the asserted right of access against the other party's interest in keeping the information confidential." *Chi. Tribune*, 263 F.3d at 1309. Mr. Pierrelus respectfully asserts that the interest in his security and the integrity of an ongoing investigation overcome the limited interest in disclosure in this matter.

Respectfully submitted,

do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Suite. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By: _____
Orlando do Campo
Florida Bar No. 0156582
od@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2019, I served Assistant United States Attorney Frank Tamen via email at frank.tamen@usdoj.gov.

_____
Orlando do Campo