UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **18-24996-CV-MOORE**
(Magistrate Judge Reid)

**ABDUL PIERRELUS,**

       **Movant**

**vs.**

**UNITED STATES OF AMERICA,**

       **Respondent.**
_____/

**NOTICE OF FILING**

Pursuant to this court's order of January 11, 2020, the United States is filing the attached copy of Government Exhibit-7.

          Respectfully submitted,

          ARIANA FAJARDO ORSHAN
          UNITED STATES ATTORNEY

By:   /s/ *Frank H. Tamen*
       Frank H. Tamen
       Assistant United States Attorney
       Florida Bar No. 261289
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9022
       Fax: (305) 536-7213
       Frank.Tamen@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ *Frank H. Tamen*
Frank H. Tamen
Assistant United States Attorney

**From:** Shack, Brian (USAFLS) <Brian.Shack@usdoj.gov>
**Sent:** Friday, November 30, 2018 10:08 AM
**To:** Paul D. Petruzzi <Petruzzi-Law@msn.com>
**Subject:** Abdul Pierrelus 2255

GOVERNMENT EXHIBIT 7

Hi Paul,

Wanted to make sure you were aware of this recent 2255. This litigation may complicate Pierrelus's current attempt to cooperate.

Thanks,

Brian


**Brian J. Shack**
Assistant United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132
Tel: 305-961-9403
Cell: 786-378-4529
brian.shack@usdoj.gov

1